UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY MAURICE AUCLAIR,

    Plaintiff,

v.                                          Case No: 8:16-cv-1988-T-36AAS

NANCY A. BERRYHILL, Acting
Commissioner Of Social Security,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on May 22, 2017 (Doc. 22). In the Report and Recommendation, Magistrate Judge Sansone recommends: (1) that the decision of the Commissioner be affirmed; (2) that the case be dismissed, with each party to bear its own costs and expenses; and (3) that a judgment be entered in favor of Defendant. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)  The decision of the Commissioner of the United States Social Security Administration is **AFFIRMED**.

(3)  The Clerk is directed to enter a final judgment in favor of Defendant consistent with 42 U.S.C. §§ 405(g) and 1383(c)(3).

(4)  The Clerk is further directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on June 12, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record